# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHANIEL M. WILLIAMS,

           Plaintiff,

vs.

DESERT PALACE, LLC,

           Defendants.

Case No.: 2:20-cv-02021-GMN-BNW

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 7), of United States Magistrate Judge Brenda Wekslker, which recommends dismissing Plaintiff Nathaniel Williams's ("Plaintiff's") Complaint, (ECF No. 6).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 7) (setting a December 21, 2022, deadline for objections). In addition, Plaintiff has

had previous opportunities to avoid dismissal but did not take them. (*See* Order 5:17–19, ECF No. 5) (providing Plaintiff until October 20, 2022, to file an amended complaint); (Order 1:17–18, ECF No. 9) (granting Plaintiff until January 31, 2023, to update his address).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint, (ECF No. 6), is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated ▉▉▉▉▉▉▉▉ February 6, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court